B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Charles H Nance,**
      **Elizabeth K Nance**
                        Debtors

Case No. **10-36993**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 282,500.00 | | |
| B - Personal Property | Yes | 5 | 44,606.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 443,155.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 28,429.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 184,310.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,523.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,239.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 327,106.00 | | |
| | | | Total Liabilities | 655,894.36 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Charles H Nance,**
       **Elizabeth K Nance**
                                                        Debtors

Case No. **10-36993**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 28,429.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 28,429.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,523.00 |
| Average Expenses (from Schedule J, Line 18) | 11,239.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,345.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 55,067.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 28,429.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 184,310.36 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 239,377.36 |

In re **Charles H Nance,**
       **Elizabeth K Nance**
                                                                                        Case No.  **10-36993**
_____,
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|   | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 5700 Park Avenue, Richmond VA 23226** | **J** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Union First Market Bank, Ruther Glen, VA**<br>**Acc't No.:  xxxxxx1225** | **J** | **900.00** |
| | | | **Checking account**<br>**Wachovia Bank, Richmond, VA**<br>**Acc't No.:  xxxxxxxx5372** | **J** | **175.00** |
| | | | **Checking account**<br>**Wachovia Bank, Richmond, VA**<br>**Acc't No.:  xxxxxxxxx2380** | **J** | **323.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room:  chest ($80); 2 wing chairs ($100); rug ($75); 2 straight backchairs ($70); mirror ($100); bookshelf ($75); sofa ($150); round table ($35); 2 lamps ($80)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | **J** | **765.00** |
| | | | **TV Room:  TV w/ stand ($); sofa ($125); chest ($80); cabinet ($125); tea cart ($30);  3 chairs ($120); 2 side tables ($20); rocking chair ($30)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | **J** | **0.00** |
| | | | **Dining room:  table w/ chairs ($200); corner cupboard ($150); corner cupboard ($250); small table ($75); 3 "nested" tables ($30)** | **J** | **705.00** |
| | | | **Office:  Desk ($95); 2 book shelves ($200); chair (60); straight chair ($40)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | **J** | **395.00** |

                                                                                            Sub-Total >     **3,363.00**
                                                                                         (Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

In re **Charles H Nance,**
**Elizabeth K Nance**
,
Debtors

Case No. **10-36993**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Master bedroom: bed ($70); 2 dressers ($100); book shelf ($100); computer stand ($45); small bookshelf ($45) 2 bedside tables ($40)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 400.00 |
| | | **Second bedroom: bed ($70); small desk ($40); dresser ($50); bookshelf ($100); chair ($40); straight chair ($40); bedside table ($20)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 360.00 |
| | | **Third bedroom: bed ($60); dresser ($50); chest ($25); straight chair ($40); bench ($15)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 190.00 |
| | | **Kitchen: refrigerator ($200); assorted small appliances ($150); utensils, dishes, pots & pans ($250)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 600.00 |
| | | **Deck: grill ($100); furniture ($250)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 350.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Wedding/engagement rings**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | J | 2,485.00 |
| | | **Fur coat** | W | 600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Guitar ($300); mandolin ($400)**<br>**Location: 5700 Park Avenue, Richmond VA 23226**<br>**Instruments used in performances by Co-Debtor and used to generate income** | W | 700.00 |
| | | **Fishing equipment ($300)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | H | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Long term care policy**<br>**Penn Treaty, 3440 Lehigh Street, Allentown, PA 18103**<br>**Policy No.: xxx2763** | W | Unknown |

Sub-Total > **5,985.00**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **Charles H Nance,**
     **Elizabeth K Nance**

Case No. **10-36993**

,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Long term care insurance**<br>**Penn Treaty, 3440 Lehigh Street, Allentown, PA 18103**<br>**Policy No.: xxx2764** | **H** | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA**<br>**Scott & Stringfellow, 5238 Monticello Avenue, Williamsburg, VA 23188**<br>**Acct No.: xxxx1834** | **W** | **198.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock account**<br>**Scott & Stringfellow, 5238 Monticello Ave, Williamsburg, VA 23188**<br>**Acct No.: xxxx4859** | **W** | **37.00** |
| | | **Nance Law Firm, 3900 Westerre Parkway, Suite 300, Henrico, VA 23233** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | | **Accounts receivable to Charles Nance, attorney**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | **J** | **1,250.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | **X** | | | |

                                                                             Sub-Total >     **1,485.00**
(Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **Charles H Nance,** Case No. **10-36993**
**Elizabeth K Nance**,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford Expedition with 58,700 miles** **Location: 5700 Park Avenue, Richmond VA 23226** | H | 24,710.00 |
| | | **2002 Lexus Sport Utility, RX 300, with 128,000 miles** **Location: 5700 Park Avenue, Richmond VA 23226** | W | 8,225.00 |
| | | **1990 Chevrolet** **Location: 5700 Park Avenue, Richmond VA 23226** | W | 500.00 |
| | | **1984 Dodge pickup, 250,000 miles** **Location: 5700 Park Avenue, Richmond VA 23226** **Value based on 1990, oldest year for which a listing was available** | H | 338.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total > **33,773.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Charles H Nance,**                           Case No. **10-36993**
       **Elizabeth K Nance**
                                             Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                            Sub-Total >     **0.00**
                                                           (Total of this page)
Sheet **4** of **4** continuation sheets attached                  Total >     **44,606.00**
to the Schedule of Personal Property
                                                              (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Charles H Nance,**           Case No. **10-36993**
     **Elizabeth K Nance**
                                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account**<br>**Union First Market Bank, Ruther Glen, VA**<br>Acc't No.: xxxxxx1225 | Va. Code Ann. § 34-4 | 900.00 | 900.00 |
| **Checking account**<br>**Wachovia Bank, Richmond, VA**<br>Acc't No.: xxxxxxxxx5372 | Va. Code Ann. § 34-4 | 175.00 | 175.00 |
| **Checking account**<br>**Wachovia Bank, Richmond, VA**<br>Acc't No.: xxxxxxxxx2380 | Va. Code Ann. § 34-4 | 323.00 | 323.00 |
| **Household Goods and Furnishings**<br>**Living room: chest ($80); 2 wing chairs ($100); rug ($75); 2 straight backchairs ($70); mirror ($100); bookshelf ($75); sofa ($150); round table ($35); 2 lamps ($80)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 765.00 | 765.00 |
| **Dining room: table w/ chairs ($200); corner cupboard ($150); corner cupboard ($250); small table ($75); 3 "nested" tables ($30)** | Va. Code Ann. § 34-26(4a) | 705.00 | 705.00 |
| **Office: Desk ($95); 2 book shelves ($200); chair (60); straight chair ($40)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 395.00 | 395.00 |
| **Master bedroom: bed ($70); 2 dressers ($100); book shelf ($100); computer stand ($45); small bookshelf ($45) 2 bedside tables ($40)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 400.00 | 400.00 |
| **Second bedroom: bed ($70); small desk ($40); dresser ($50); bookshelf ($100); chair ($40); straight chair ($40); bedside table ($20)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 360.00 | 360.00 |
| **Third bedroom: bed ($60); dresser ($50); chest ($25); straight chair ($40); bench ($15)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 190.00 | 190.00 |
| **Kitchen: refrigerator ($200); assorted small appliances ($150); utensils, dishes, pots & pans ($250)**<br>**Location: 5700 Park Avenue, Richmond VA 23226** | Va. Code Ann. § 34-26(4a) | 600.00 | 600.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re **Charles H Nance,**            Case No. **10-36993**
      **Elizabeth K Nance**
                                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Deck: grill ($100); furniture ($250)**<br>Location: 5700 Park Avenue, Richmond VA 23226 | Va. Code Ann. § 34-26(4a) | 350.00 | 350.00 |
| **Furs and Jewelry**<br>**Wedding/engagement rings**<br>Location: 5700 Park Avenue, Richmond VA 23226 | Va. Code Ann. § 34-26(1a) | 2,485.00 | 2,485.00 |
| **Fur coat** | Va. Code Ann. § 34-4 | 600.00 | 600.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Guitar ($300); mandolin ($400)**<br>Location: 5700 Park Avenue, Richmond VA 23226<br>**Instruments used in performances by Co-Debtor and used to generate income** | Va. Code Ann. § 34-26(7) | 700.00 | 700.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**IRA**<br>Scott & Stringfellow, 5238 Monticello Avenue, Williamsburg, VA 23188<br>Acct No.: xxxx1834 | Va. Code Ann. § 34-34 | 198.00 | 198.00 |
| **Accounts Receivable**<br>**Accounts receivable to Charles Nance, attorney**<br>Location: 5700 Park Avenue, Richmond VA 23226 | Va. Code Ann. § 34-4 | 1,250.00 | 1,250.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2002 Lexus Sport Utility, RX 300, with 128,000 miles**<br>Location: 5700 Park Avenue, Richmond VA 23226 | Va. Code Ann. § 34-26(8)<br>Va. Code Ann. § 34-4 | 2,000.00<br>2,747.00 | 8,225.00 |
| **1990 Chevrolet**<br>Location: 5700 Park Avenue, Richmond VA 23226 | Va. Code Ann. § 34-4 | 500.00 | 500.00 |
| **1984 Dodge pickup, 250,000 miles**<br>Location: 5700 Park Avenue, Richmond VA 23226<br>Value based on 1990, oldest year for which a listing was available | Va. Code Ann. § 34-4 | 338.00 | 338.00 |
| | Total: | **15,981.00** | **19,459.00** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Charles H Nance / Elizabeth K Nance**  Case No. **10-36993**

Debtor(s)  Chapter **7**

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing Amended Summary of Schedules and the Amended Schedules B and C are true and correct.

Date **November 22, 2010**  Signature **/s/ Charles H Nance**
**Charles H Nance**
Debtor

Date **November 22, 2010**  Signature **/s/ Elizabeth K Nance**
**Elizabeth K Nance**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Charles H Nance / Elizabeth K Nance**, Debtor(s)

Case No. **10-36993**
Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. *[If applicable*: **An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.***]
- [x] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [x] Schedule B - Personal Property
- [x] Schedule C - Property Claimed as Exempt
- [ ] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) Check applicable statement(s):
  - [ ] Creditor(s) added     [ ] Creditor(s) deleted
  - [ ] Change in amounts owed or classification of debt
  - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: all creditors as lited on the attached matrix.

Date: **November 23, 2010**

/s/ Joe B. Lamb, Jr.
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **20108**
Mailing Address: **Joe B. Lamb, Jr.**
**10132 West Broad Street**
**Glen Allen, VA 23060**
Telephone No.: **(804) 935-0000**

I, **Charles H Nance, Elizabeth K Nance** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **November 22, 2010**
/s/ Charles H Nance
/s/ Elizabeth K Nance

[amendcs ver. 10/2007]

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Charles H. Nance            Case No.: 10-36993

       Elizabeth K. Nance

           Debtors            Chapter 13

### CERTIFICATE OF SERVICE

    I hereby certify that on November 23, 2010, a copy of the Amended Summary of Schedules, Amended Schedules B and C, were served electronically or by regular United States mail to all interested parties, the Office of the U.S. Trustee, the Chapter 7 Trustee, and all creditors as listed on the attached matrix.

                                              /s/ Joe B. Lamb, Jr.
                                              Joe B. Lamb, Jr.
                                              VSB 20108
                                              10132 West Broad Street
                                              Glen Allen, VA  23060
                                              (804) 935-0000

Joe B. Lamb, Jr.
VSB 20108
10132 West Broad Street
Glen Allen, VA  23060
(804) 935-0000
(804) 747-5576 (FAX)

| | | |
|---|---|---|
| American Express<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | BB & T<br>Bankruptcy Dept<br>P.O. Box 1566<br>Manitowoc, WI 54221 |
| BB&T<br>Bankruptcy Dept<br>P.O. Box 1566<br>Manitowoc, WI 54221 | Business Suites Ltd<br>3900 Westerre Parkway<br>Suite 300<br>Henrico, VA 23233 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154 |
| Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | Chase-pier1<br>Attn: Recovery<br>Po Box 15298<br>Wilmington, DE 19850 | Chippenham JW Med Ctrs<br>P.O. Box 13620<br>Richmond, VA 23225-8620 |
| Citibank Usa<br>Attn.: Centralized Bankruptcy<br>P.O. Box 20363<br>Kansas City, MO 64195 | City of Richmond<br>Tax Assessment Unit<br>P{.O. Box 26505<br>Richmond, VA 23261-6505 | Connects Federal Credit Union<br>7700 Shrader Road<br>Henrico, VA 23228 |
| Credit First<br>P.O. Box 818011<br>Cleveland, OH 44181 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708 | Dept Of Ed/sallie Mae<br>Po Box 9635<br>Wilkes-barre, PA 18773 |
| First Horizon Home Loans<br>First Tennessee Band<br>P.O. Box 1469<br>Knoxville, TN 37901 | GEMB / Old Navy<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | GEMB/Belk<br>P.O. Box 981491<br>El Paso, TX 79998 |
| GEMB/JCP<br>Attention: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076 | GEMB/Walmart<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076 | Integrity Financial Partners<br>4370 W 109th Street<br>Suite 100<br>Overland Park, KS 66211 |
| IRS<br>Department of the Treasury<br>Philadelphia, PA 19154-0030 | Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Margolis, Pritzker, Epstein<br>110 West Road<br>Suite 222<br>Towson, MD 21204 |
| MetLife Home Loans<br>4000 Horizon Way<br>Suite 100<br>Irving, TX 75063 | NCO<br>Po Box 790113<br>St. Louis, MO 63149 | NCO<br>507 Prudential Road<br>Horsham, PA 19044 |
| Nordstrom FSB<br>Attn: Bankruptcy Dept<br>P.O. Box 6566<br>Englewood, CO 80155 | Phar/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | Sallie Mae<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes Barre, PA 18773 |

| | | |
|---|---|---|
| Sears/CBSD<br>133200 Smith Rd<br>Cleveland, OH 44130 | Spiegel<br>Attn: Bankruptcy<br>Po Box 9428<br>Hampton, VA 23670 | The Advisors Forum<br>Wealth Counsel, LLC<br>2110 Luann Lane, Ste 101<br>Madison, WI 53713 |
| TNB-VISA<br>P.O. Box 560284<br>Dallas, TX 75356 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Victoria's Secret<br>Po Box 182124<br>Columbus, OH 43218 |
| Wachov/ftu<br>Attn: Bankruptcy<br>Po Box 13765<br>Roanoke, VA 24037 | Wealth Counsel, LLC<br>P.O. Box 44403<br>Madison, WI 53744 | West Asset Management, Inc.<br>P.O. Box 2308<br>Sherman, TX 75091-2308 |
| Wf Fin Bank<br>Wells Fargo Financial<br>4137 121st St<br>Urbandale, IA 50323 | Wfnnb/ann Taylor<br>Po Box 182273<br>Columbus, OH 43218 | WFNNB/Dress Barn<br>P.O. Box 182686<br>Columbus, OH 43218 |
| Zwicker & Associates, PC<br>80 Minuteman Rd<br>Andover, MA 01810-1008 | Office of the U.S. Trustee<br>701 East Broad Street<br>Suite 4304<br>Richmond, VA  23219 | Harry Shaia, Jr.<br>Chapter 7 Trustee<br>8550 Mayland Drive<br>Richmond, VA  23294 |